UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

        Plaintiff,

-vs-                                    Case No. 6:09-cv-2021-Orl-28KRS

**JPM ACCELERATED SERVICES, INC.,**
**et al.,**

        **Defendants.**

## ORDER

This case is before the Court on Plaintiff FTC's Motion for Entry of Default Judgment and Order for Permanent Injunction and Other Equitable Relief (Doc. No. 89) filed November 9, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 25, 2011 (Doc. No. 96) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Judgment and Order for Permanent Injunction and Other Equitable Relief (Doc. No. 89) is **GRANTED**.

3.  A permanent injunction against Defendants JPM Accelerated Services, Inc., IXE Accelerated Financial Centers LLC, IXE Accelerated Services, Inc., IXE Accelerated Service Centers, Inc., MGA Accelerated Services, Inc., World Class Savings, Inc., Accelerated Savings, Inc. and B&C Financial Group, Inc. is granted and shall be entered via a separate Order entered contemporaneously herewith.

4.  Plaintiff is awarded monetary relief against Defendants JPM Accelerated Services, Inc., IXE Accelerated Service Centers Inc., MGA Accelerated Services, Inc., World Class Savings, Inc., Accelerated Savings, Inc. and B&C Financial Group, Inc., jointly and severally, in the amount of $5,935,680.63 and against Defendants IXE Accelerated Financial Centers LLC and IXE Accelerated Services, Inc., jointly and severally, in the amount of $3,200,000.00. This monetary award is set forth in a judgment in a separate Order entered contemporaneously herewith.

5.  After the entry of the Default Judgment and Order for Permanent Injunction and Other Equitable Relief Against Corporate Defendants entered contemporaneously herewith, the Clerk of the Court is directed to close this file.

**DONE and ORDERED** in Chambers, Orlando, Florida this ___ day of February, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party