# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

-vs-                                                         **Case No. 6:09-cv-2021-Orl-28KRS**

**JPM ACCELERATED SERVICES, INC.,**
**et al.,**

    **Defendants.**

_____

## ORDER

This case is before the Court on Receiver's Motion to Transfer Property, Disburse Funds and Terminate Receivership (Doc. No. 99) and Receiver's Counsel's Motion for a Final Award of Compensation and Expenses (Doc. No. 100), both filed July 18, 2011. The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 13, 2011 (Doc. No. 101) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Receiver's Motion to Transfer Property, Disburse Funds and Terminate Receivership (Doc. No. 99) is **GRANTED**.

3. Receiver's Counsel's Motion for a Final Award of Compensation and Expenses (Doc. No. 100) is **GRANTED**.

4. The Receiver is authorized to make the following disbursements from the receivership estate:

    a. $38,574.00 to Receiver's firm, RSM McGladrey, Inc.;

    b. $20,606.15 to Receiver's counsel, Winderweedle, Haines, Ward & Woodman, P.A.; and

    c. the balance of any remaining funds to the Federal Trade Commission.

5. Following the distributions authorized in paragraph 4 above, the receivership estate shall be terminated.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of October, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party